UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40146
_____


MIKE LOEHR & COMPANY, INCORPORTED,
doing business as Landmark Foods

Plaintiff-Appellant,

versus

WAL-MART STORES, INC.

Defendant-Appellee.


_____

Appeal from the United States District Court
for the Eastern District of Texas, Marshall
(2:93-CV-166)
_____
November 14, 1997
Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges:

PER CURIAM:[*]

   **AFFIRMED.**   See Local Rule 47.6.

---

   [*]   Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.